**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **RINNETTE NGUIKOH** | **CASE NO. 3:26-CV-00567 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FIELD OFFICE DIRECTOR, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**ORDER**

Before the Court is a petition for writ of habeas corpus (doc. 6) filed by pro se petitioner Rinnette Nguikoh ("Petitioner").  Petitioner is an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE"), detained at the Richwood Correctional Center in Monroe, Louisiana.  A review of his petition and attachments suggests that his claims should survive this court's initial review. Accordingly, for the court to determine an appropriate resolution to his claims,

**THE CLERK IS DIRECTED** to serve a summons, a copy of the amended petition (doc. 6), and a copy of this order by certified mail on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its general counsel, and the Warden of the Richwood Correctional Center in Monroe, Louisiana.

**IT IS ORDERED** that Respondents file an answer to the petition within sixty (60) days following the date of service.  Respondents shall file a memorandum of law briefing the issues raised in the answer and citing applicable statutory and case law.

**IT IS FURTHER ORDERED** that Petitioner is allowed twenty (20) days following the filing of the respondents' answer in which he may file any response to produce contradictory summary judgment evidence on the issue of the lawfulness of his detention.

After the record is complete and all legal delays have run, the court will determine the necessity of an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will issue without further notice.

Petitioner's failure to comply with this order or to notify the court of any change in his address will result in a recommendation that his petition be dismissed without prejudice under LR 41.3.

**THUS DONE AND SIGNED** in chambers this 29th day of April, 2026.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE